UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE CORDERO VEGA,

          Plaintiff,

-vs-                                    Case No. 6:12-cv-606-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 25) filed September 18, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 5, 2013 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 25) is **GRANTED in part** and **DENIED in part**.

3. Plaintiff is awarded attorney's fees in the amount of $5,556.16 and costs in the amount of $350.00, for a total of $5,906.16.

4. The United States Department of the Treasury may exercise its discretion to honor the Plaintiff's assignment of benefits to counsel if it determines that the Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of November, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party